RECEIVED
IN LAKE CHARLES, LA

AUG 20 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID RODNEY | : | DOCKET NO. 10-376 SECTION "P" |
| VS. | : | JUDGE TRIMBLE |
| ERIC HOLDER, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that respondent's motion to dismiss (R. #14) is hereby **GRANTED** and that the petition for writ of habeas corpus is hereby **DISMISSED** without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20th day of August, 2010.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE